## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Lettuce Entertain You Enterprises, Inc. et al. v. Employers Insurance Company of Wausau et al.

Case Number: 1:20-cv-05140

An appearance is hereby filed by the undersigned as attorney for:

See Exhibit A

Attorney name (type or print): John H. Mathias Jr.

Firm: Jenner & Block LLP

Street address: 353 North Clark Street

City/State/Zip: Chicago / IL / 60654

Bar ID Number: 1792571
(See item 3 in instructions)

Telephone Number: 312-222-9350

Email Address: JMathias@jenner.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ | |
| Are you acting as local counsel in this case? | | ✔ |
| Are you a member of the court's trial bar? | ✔ | |
| If this case reaches trial, will you act as the trial attorney? | ✔ | |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 9/14/2020

Attorney signature: S/ John H. Mathias Jr.
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015

Exhibit A

12 W. Elm LLC d/b/a/ Sparrow
2263 N. Lincoln Corp., d/b/a The Dime
Bangers & Lace Chicago LLC d/b/a Bangers & Lace
Bangers & Lace Evanston, LLC d/b/a Bangers & Lace
Bangers & Lace Roscoe Village LLC d/b/a Kite String Cantina
BarnBQ LLC d/b/a Old Grounds Social
Bucktown Dysfunctional Pub, Inc.
Chicago Academy of Sciences/Peggy Notebaert Nature Museum
Chicago Scoops LLC
DB State LLC d/b/a Dough Bros
DDMB Inc. d/b/a Emporium Arcade Bar
DDMB2 LLC d/b/a Emporium Arcade Bar
Division Street Café LLC d/b/a Little Victories
DuSable Museum of African American History, Inc.
Epic Burger, Inc.
Fast Sandwich Holdings Inc.
Fulton Peoria Partners LLC d/b/a Emporium Arcade Bar
G Dock, LLC d/b/a Harbor Chicago
GC Bloomingdale, LLC
Gibsons L.L.C.
Golden Five, Inc.
Hot Asian Buns, LLC d/b/a Wow Bao
Hubbard House Restaurant LLC d/b/a Hubbard Inn
Hubbard Steak, LLC d/b/a Joy District
JB at River North d/b/a Old Crow Smokehouse
JK Shields LLC d/b/a Smyth & The Loyalist
Jo-Kim Lounge Corp. d/b/a Happy's Bamboo Bar and Lounge
Lettuce Entertain You Enterprises, Inc.
Logan Square Tavern LLC d/b/a Spilt Milk
Mac Parent LLC
Manny's Coffee Shop, Inc. d/b/a Manny's Cafeteria & Delicatessen
NAS Restaurant Group, Inc. d/b/a Mixed Greens
Noodles & Company
Primos LLC d/b/a HVAC Pub
R.F.R., Inc. d/b/a Golden Corral Restaurant
Roti Restaurants, Inc.
RPDC Illinois LLC d/b/a Robert's Pizza and Dough Company
San Benedetto, LLC d/b/a Juliet's
Sardharia Brothers, Inc. d/b/a Tandoor Char House
Second Venture LLC d/b/a L3 Hospitality Group
Urban Plates LLC
Well Done Hospitality Group